PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CASEY FICKARDT,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02596-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 45 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is June 12, 2017. The new due date will be July 26, 2017.

There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel had experienced sickness with flu-like symptoms and took sick leave for close to a week, along with pre-approved leave, and is still addressing the backlog of cases that had to be continued during her absence and continues to have a full workload of two district court hearings, about 14 pending district court briefs, and one pending Equal

1 | Employment Opportunity Commission brief in the next month and a half.  Therefore, Defendant
2 | is respectfully requesting additional time up to and including July 26, 2017, to fully review the
3 | record and research the issues presented by Plaintiff's motion for summary judgment, as
4 | Defendant's counsel addresses her workload.  This request is made in good faith with no
5 | intention to unduly delay the proceedings.

　　　　The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: June 7, 2017　　　　　　　　　　CHARLES E. BINDER AND HARRY J. BINDER, ATTORNEYS AT LAW

　　　　　　　　　　　　　　　　　　*s/ James S. Pi by C.Chen\**
　　　　　　　　　　　　　　　　　　(As authorized by e-mail on 6/7/2017)
　　　　　　　　　　　　　　　　　　JAMES S. PI
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: June 7, 2017　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By *s/ Carolyn B. Chen*
　　　　　　　　　　　　　　　　　　CAROLYN B. CHEN
　　　　　　　　　　　　　　　　　　Special Assistant U. S. Attorney

　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　ORDER

APPROVED AND SO ORDERED:

Dated:  June 8, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE