PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CASEY FICKARDT,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02596-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 8 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 8 days to respond to Plaintiff's motion for summary judgment. This is the third continuance sought by Defendant. The current due date is August 28, 2017. The new due date will be September 5, 2017.

There is good cause for this request. Since Defendant's last request on July 25, 2017, Defendant's counsel had been diligently addressing her full workload including several district court cases and one Equal Employment Opportunity Commission matter involving discovery and another Equal Employment Opportunity Commission case involving briefing. Moreover,

1

between July 25, 2017 and August 28, 2017, Defendant's counsel had additional unanticipated matters that involved extensive briefing, including two district court decisions decided on July 31, 2017, and August 4, 2017, to which counsel needed to file objections or motions in response, with deadlines that could not be extended. Despite counsel's diligence in responding to the new matters and her remaining workload, counsel was set back in addressing all her other cases, including this one. Therefore, Defendant is respectfully requesting additional time up to and including September 5, 2017, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: August 28, 2017        CHARLES E. BINDER AND HARRY J. BINDER,
                             ATTORNEYS AT LAW

                             *s/ James S. Pi by C.Chen\**
                             (As authorized by e-mail on 8/28/2017)
                             JAMES S. PI
                             Attorneys for Plaintiff

Date: August 28, 2017        PHILLIP A. TALBERT
                             United States Attorney

                             By *s/ Carolyn B. Chen*
                             CAROLYN B. CHEN
                             Special Assistant U. S. Attorney

                             Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: August 31, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE